IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02238-LTB

JAVIER PENA, #112712 Re:2012SC202/10CA2098,

    Applicant,

v.

COLORADO ADAMS COUNTY, 2008CR2832 (CDOC), and
JOHN D. SEIDEL, Attorney General of the State of Colorado,

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 1, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 1 day of October, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/L. Gianelli
                      Deputy Clerk